UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

JACOB J HIGGINS                                    CASE NO.  2:25-CV-00611

VERSUS                                             JUDGE JAMES D. CAIN, JR.

CONTINENTAL SERVICE GROUP L L C    MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated above, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Dismiss [doc. 12] be **GRANTED** and that all claims in this matter be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on the 12th day of March, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**